172 F.3d 884
 Alan K. Standard, Jr.
v.
A.B.E.L. Services, Inc., Plaster Concepts, Inc., Mohr,
Incorporated, Automated Billing & Employee Leasing, Inc.,
Contract Personnel Services, Inc., RP Sales, Inc.,
Southeastern Architectural Systems, Inc., Paul Norsworth,
Beapa, Inc., Translink Services, Inc., Southeastern Rentals
& Leasing, Tote, Inc., MCN Enterprises, Inc.
 NO. 97-9226
 United States Court of Appeals,
Eleventh Circuit.
 February 01, 1999
 N.D.Ga., 161 F.3d 1318
 
 1
 DENIALS OF REHEARING EN BANC.